BEFORE JUDGE BECKWORTH, DECEMBER 12, 1967

**No. R67/126.**—Authentic Furniture Products, Inc. *v.* United States, reappraisements R65/10998 and R65/15647 (Los Angeles).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those in *Authentic Furniture Products* v. *United States* (51 Cust. Ct. 438, Reap. Dec. 10614), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of wall shelves and other wood furniture involved herein and that said value is represented by the invoice unit values, net packed.

BEFORE JUDGE RICHARDSON, DECEMBER 12, 1967

**No. R67/127.**—Karl Schroff & Assocs., Inc. *v.* United States, reappraisement R61/20496 (Chicago).

In accordance with stipulation of counsel that the merchandise and facts are the same in all material respects as those in *Kay Pee Import Export Co.* v. *United States* (56 Cust. Ct. 696, R.D. 11164), the court found and held that export value, as defined in section 402a(d), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determination of the value of the candy in plastic containers and that such export value is 39 cents per box of 60 pieces, net packed.

BEFORE JUDGE DONLON, DECEMBER 18, 1967

**No. R67/128.**—Red Line Commercial Co., Inc. *v.* United States, reappraisement R66/9310 (Charleston).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696), the court found and held that United States value as defined in section 402a(e), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determining value of the canned meat products exported from Argentina during the period January 1, 1959, through December 31, 1959, and that such values are $20.3229 per dozen 6 pound tins, net packed, and $3.2454 per dozen 12 ounce tins, net packed.